RECEIVED
BY MAIL
OCT 3 1 2005 02CR 212
CLERK, US DIST. COURT
ST. PAUL, MN

Dear Mr. Burger

I am trying to find a way to pay my fine in a smaller amout then 50% of my pay check from unicor. I don't have any other mony ameing in from my family. I only ask that the Court change my payment to $100.00 every three month so I could safe and be able to buy things that I need. I ask for this payment of $100.00 be made only for 18 months. After that to be put back to 50% of my earnings. I am sending you a copy of how much mony I've received from my family in the pass five month that I've been here. I also send a list of what I buy and how much thing are here, a copy of my paycheck and please see what I have left in mony. I am asking for some kind of help that way I could stay in Unicor. If nothing could be done then I am obligated to refuse the payment and pay when I get out. Please help me find a better payment plan. I was also wondering about being bankrup in here is that passiable. Please have a heart and address my letter as soon as passiable. Thank you for your time.

P.S. Judge Frank

Sincerly

Richard Salinas.

Docket No#
02-212(02) (DWF/SRN)

SCANNED
OCT 31 2005
U.S. DISTRICT COURT ST. PAUL