**LAST NAME____________________ REG.NO.____________________ LAUNDRY #__________**

**FCI WASECA. , MINNESOTA COMMISSARY SALES LIST** rev: 9/05

**CIRCLE ITEMS WANTED- NO ADD ONS AT WINDOW**

**NOTE:**When it is your turn to shop, staff will call your name or laundry number up to three times. If you do not show, you will forfeit your shopping privilege until the following week.**

***ALL SALES ARE FINAL*** ***ALL SALES ARE FINAL*** ***ALL SALES ARE FINAL***

*VENDING*

*CREDITS*_____Limit$30/Whole dollars only) *STAMPS* (.03___) (.05___) (.23___) (.37___Limit 60 ea) (1.00___) (TOTAL LIMIT ON STAMPS $ 22.20)

PHOTO TICKETS _____$1 EA.(Limit 10) *COPY CARDS_____$ 5.20 EACH ( LIMIT 2 )*

**TENNIS SHOES (WRITE SIZE IN BLANK) (LIMIT 1)**

REEBOK B-BALL
59.95_____SIZE (7-15)
NIKE X-TRAINER SIZE
55.75_____SIZE (6.5 -15)
NIKE RUNNING
54.85_____SIZE (7-15)
RIDDELL RUNNING
30.15_____SIZE (7-15)

***TO ORDER NEW BALANCE 2E / 4E (65.00) , SUBMIT COPOUT WITH SHOE SIZE & WIDTH TO COMMISSARY STAFF.***

**SWEATSHIRT (LIMIT 2) (CIRCLE SIZE**
14.45_____M L XL 2X 3X 4X
20.55_____5X
27.70_____6X

**SWEATPANT (LIMIT 2) (CIRCLE SIZE**
(MED-3X W/POCKETS 4X-6X NO POCKETS)
17.55_____M L XL 2X 3X 4X
20.55_____5X 6X

**SHORTS W/POCKETS (LIMIT 2) CIRCLE SIZE**
14.30_____M L XL 2X
18.85_____3X 4X 5X 6X

**T-SHIRT (LIMIT 2) CIRCLE SIZE**
5.60_____L XL 2X 3X
9.10_____4X 5X 6X

**MESH TANK TOP (LIMIT 2) CIRCLE SIZE**
7.15_____L XL
8.45_____2X 3X
10.40_____4X 5X 6X

**BRIEFS (2/PKG) LIMIT 2 PKGS (CIRCLE SIZE**
8.05____M (32-34)
L (36-38)
XL (40-42)
10.55___2X (44-46)

**TANK TOPS (LIMIT 1 PKG) (CIRCLE SIZE 100% COTTON**
9.10_____L XL
14.30_____2X 3X
13.00_____4X 5X 6X 7X 8X

**THERMAL TOP (LIMIT 2) CIRCLE SIZE (LOCAL USE ONLY)**
7.80___XL (46-48)
8.45___2X (50-52) 3X (54-56)
7.80___4X (58-60) 5X (62-64)
6X (66-68)

**THERMAL BOTTOM (LIMIT 2) CIRCLE SIZE (LOCAL USE ONLY)**
7.15___XL (42-44)
9.50___2X (46-48) 3X (50-52)
7.80___4X (54-56) 5X (58-60)
6X (62-64)

**WATCH (LIMIT 1)**
16.00____CASIO
36.55____TIMEX

**RADIO (LIMIT 1)**
36.15____SONY SRF-M35
(USES AAA BATTERIES)

**HEADPHONES (LIMIT 1)**
8.70____SONY EARBUD
34.60____KOSS CL-20
12.25____SONY FEATHERWEIGHT

**FAN (LIMIT 1) (LOCAL USE ONLY)**
15.10____FAN

***SODAS ( 2 -12 PACK LIMIT TOTAL)***
3.60___DIET PEPSI 12PK#+
3.60___PEPSI 12PK # +
3.60___SUNKIST ORANGE 12PK # +
3.60___DIET DR. PEPPER 12PK#+
3.60___DR. PEPPER 12PK # +
3.60___DIET MT. DEW 12PK # +
3.60___MT. DEW 12PK#+

***BEVERAGES***
.40___WATER (10 EA. LIMIT)

***ICE CREAM ( LIMIT 2 TOTAL)***
2.00___BEAR TRACKS
2.00___BUTTER PECAN
2.00___CHOCOLATE CHIP
2.00___TOASTED ALMOND FUDGE
2.00___VANILLA
2.00___STRAWBERRY
2.00___CHOCOLATE
1.55___SHERBET
.55___ICE CREAM SANDWICH
.85___SNICKERS ICE CREAMBAR

***MISC. ITEMS LIMITS MARKED W/( )***
4.45 GREETING CARDS 6/PK___
(SEE WINDOW DISPLAY)
5.20___WOOL GLOVES
2.35___WOOL CAP

2.20 2 AAA BATTERIES 4/PK *YELLOW* (3)
2.20___AA BATTERIES 4/PK *BLUE* (3)
2.20___"C" BATTERIES 2/PK *RED* (4)

.45___EAR PLUGS
.80___CORRECTION RIBBON
6.05___TYPEWRITER RIBBON
2.35___BIC SOFT PENS (12Pack)
.70___FINELINE PEN
.15___# 2 PENCIL (LIMIT 6)
4.25___MECHANICAL PENCIL
.60___.05mm PENCIL LEAD
.40___PINK PENCIL ERASER (1)
11.20___ARCH SUPPORT
___SIZE 6.5-13.5
4.55___AIR PILLOW INSOLES
5.85___ODOR DESTR. INSOLES
2.30___CORN CUSHIONS
2.25___COLORED WRIT. TABLET
1.40___NOTEBOOK
1.10___YELLOW LEGAL PAD
1.30___IMPORT. DOCUMENT FILE
.55___BLUE POCKET FOLDER
.15___ENVELOPE 10x13
3.45___POCKET DICTIONARY
2.15___SPAN. / ENG. DICTIONARY
2.25___ADDRESS BOOK LG. (1)
.15___SHOWER CAP
2.35___ACRYLIC MIRROR (1)
5.75___CLEAR SHAVE BAG (1)
1.05___BRAIDED PONYTAILERS
4.95___WAVE CAP (WHITE)
.45___PALM BRUSH
.40___BARBER COMB 7 ½" (1)
.55___9" AFRO COMB (1)
2.80___HOT WAVE BRUSH (1)
.95___VENTED HAIR BRUSH (1)
1.95___GOODY HAIR BRUSH
.85___NAIL CLIPPER-NO FILE (1)
1.10___TOE NAIL CLIPPER (1)
1.80___PUMICE STONE
.60___TWEEZERS (1)
5.60___JOCK (1)__LARGE__X-L
6.50___SUNGLASSES (1)

***MISCELLANEOUS CONTINUED***
4.15___SUNGLASS CORD
5.85___CLIP-ON SUNGLASSES (1)
.20___POOL CHALK
1.45___WRIST BANDS
1.45___HEAD BAND
3.70___RACQUETBALLS 2/PK (1)
14.00___RACQUETBALL SPECS
3.60___BASEBALL CAP (GRAY) (1)
2.75___SAXOPHONE REEDS
2.20___CLARINET REEDS
.35___GUITAR PICKS MEDIUM
6.90___CALCULATOR
1.70___SEWING KIT (1)
2.30___SCISSORS(1)
5.70___PADLOCK (1)
7.50___READER GLASSES W / M / S
9.10___GYM BAG
3.05___SADDLE SOAP (1)
3.40___SNEAKER WHITE POLISH
1.95___BROWN SHOE POLISH
1.85___BLACK SHOE POLISH
1.15___BROWN BOOT LACES
1.10___WHITE SHOE LACES 54"
1.30___WHITE SHOE LACES 63"
1.10___BLACK BOOT LACES 54"
4.00___SHOE SHINE BRUSH
1.95___WHITE SOCKS (5 PR)
1.65___XL WHITE SOCKS ( 5 PR)

**********************************

*********VEGETABLES**************

***(COMBINATION OF 10 OR LESS) ****
_____TOMATOES / *TOMATE**
_____JALAPENO / *CHILES* *
_____ONIONS /*CEBOLLA**
_____BELL PEPPERS / *PIMENTON*
_____GARLIC / *AJO* (NO LIMIT)*
_____APPLES(LIMIT 7)

********************************

***MISCELLANEOUS CONTINUED***
3.60___RAIN PONCHO
3.60___SHOWER SHOE 9 10.5 12 (1)
2.95___SHOWER SHOE 13 14 15 (1)
5.50___SHOWER SHOE 3XL
2.50___PLAYING CARDS (2)
2.55___PINOCHLE CARDS (2)
1.90___TASTERS CHOICE MUG (1)
2.55___BOWL 24 OZ (1)
1.80___TOILET PAPER 4/PK
.40___PLASTIC SPOON
.20___UTENSIL PACK
1.65___AJAX DISHWASHING (1)
.25___HANGER ( LIMIT 5 )
9.10___ALARM CLOCK (1)
USES "AAA" BATT.
2.60___ALARM CLOCK BATT. (1)
1.55___READERS LIGHT BULB 3.0
1.85___READERS LIGHT BULB 4.8
3.45___CLEAR READERS LIGHT
6.45___WATCH BAND
11.45___IRONMAN WATCH BAND
2.60___WATCH PINS
15.45___ITTY BITTY BOOK LIGHT
(USES 4-"C" BATTERIES)
6.40___ZELCO BITTY REPL. BULB
2.35___WATCH BATTERY CR2016
2.35___WATCH BATTERY CR2025
4.95___CORDLESS REPL. LIGHT
2.75___5X7 PICTURE FRAME
2.95___PHOTO ALBUM 20 PGS (1)
.65___HANDKERCHIEF (WHT) (5)
5.30___½ GAL. THERMOS JUG (1)

***DESIGN BANDANNAS (NAT.AMR. ONLY)***
1.88 __ QTY ____ COLOR *###*
see window samples for colorselection.
4.50___KOOFI CAP WHITE
15.00___TAM __L __XL

***SOAP ( LIMIT 2 BARS TOTAL )***
.65___SOAP DISH (1)
.65___CLEAR DEOD. SOAP
.90___DIAL (ANTI BACTERIAL)
1.05 2 TONE
1.65___DOVE
2.45___COCOA BUTTER SOAP
3.30___CLEARASIL BAR SOAP
2.55___ARTRA MED. ACNE
3.30___NEUTROGENA SOAP
.85___IRISH SPRING SPORT
.70___IVORY
1.20___CLEAR SHOWER GEL
1.30___LAUNDRY DETERGENT(2)
5.65 1 TIDE ULTRA 2 BOX (2)
2.70 1 BOUNCEDRYER SHEETS(2)

***SHAMPOO ( LIMIT 1 TOTAL )***
1.75 1 SUAVE BALSAM SHAMPOO
5.10___PANTENE SHAMPOO
1.85___BABY SHAMPOO
1.85___NEXT 1
5.80___HEAD & SHOULDERS
3.90___SULFUR 8
1.20___CLEAR SHAMP ./COND.

***CONDITIONER ( LIMIT 1 TOTAL )***
1.75 1 SUAVE BALSAM CONDIT.
5.10___PANTENE PRO V
3.70___SULFER 8

***HEALTH ITEMS LIMITS***
4.80___KAOPECTATE
SYRUP 8OZ
3.85___MAALOX SYRUP 12 OZ
7.15___GAVISCON EXTRA 30 CT
3.55___SIMETHICONE/MYLANTA
4.35___GAS-X 36 TABLETS
4.05___DEBROX EAR DROPS
3.25___LACTAID
2.15___ORAL JEL
1.80___NASAL SPRAY (1)
5.10___NAT.VEG. POWDER
METMUCIL
2.50___CALCIUM (250MG)
3.90___ADV. MULTI VITAMINS
2.05___VITAMIN C (500 MG)
3.90___VITAMIN E (400 I.U.)
2.65___GARLIC TABLETS
4.10___COUGH SYRUP
2.25___TYLENOL(GENERIC) (1)
2.45___IBUPROFEN 200 MG (1)
1.35___ASPIRIN 325 MG (1)
3.40___NAPROXEN SODIUM 220MG
2.15___NU TEARS
2.05___TUMS E-X
1.50___ALLERGY TABS 4 HR (1)
3.60___ALLERGY TABS 24 HR
11.95___CLARITIN 10 TABLETS
4.25___ZANTAC 75 MG
9.75___PRILOSEC OTC
1.25___CHEST RUB MEDICATED
2.05___HALLS CHERRY DROPS
1.45___ANTIFU
TOLNAFTATE

SCANNED
OCT 31 2005
U.S. DISTRICT COURT ST. PAUL

***HEALTH ITEMS CONT.***

4.45___ANTIFUNGAL CREAM CLOTRIMAZOLE
3.90___ANTIFUNGAL POWDER
2.40___PEPTO-BISMOL(GENERIC)
2.15___MILK OF MAG
2.10___BLISTEX
1.50___CHAPSTICK
3.05___INSECT REPELLENT
2.15___MUSCLE RUB
1.30___HYDROCORTISONE CREAM
3.55___HEMORRHOIDAL CREAM
2.60___ANTIBIOTIC OINTMENT

***HAIR OIL/GREASE ( LIMIT 2 )***

6.30___AFRICAN PRIDE GREASE
2.85___PROTEIN 29 HAIR GEL
2.60_|_STYLING GEL NEXT 1
2.15___HAIR SPRAY
2.35___MURRAY'S POMADE
2.30___COCONUT OIL COND.
2.55___HAIR FOOD
2.40___PERM REPAIR
4.10___SUPER COMB-THRU TEXTURIZER
9.05___D & L RELAXER SYSTEM
5.00___PINK OIL MOISTURIZER

***SKIN LOTION ( LIMIT 3 TOTAL )***

4.75_|_JERGENS ORIGINAL 10 OZ
2.15___ALOE LOTION
2.15___COCOA BUTTER LOTION
2.15___ADVANCED THERAPY
3.55___ULTRA SUN BLOCK
2.10___NOXZEMA SKIN CARE
2.55___NADINOLA C.B. CREAM
1.45___COCOA BUTTER STICK
1.20___CLEAR ALOE LOTION
1.20___CLEAR COCOA BUTTER
5.35___AMBI SKIN CREAM

***TOILETRIES LIMITS MARKED W/( )***

3.65___MAGIC SHAVE MILD (1)
3.70___BUMP STOPPER
2.70___AFTA SHAVE LOTION
1.20___CLEAR SHAVE GEL
1.40___BRUSHLESS SHAVE CRM.
1.65_|_COTTON SWABS 300 CT.
2.25___MOUTH WASH
2.15_|_BIC DISPOSABLE 10/PK.(1)
7.35___TRACER FX WITH CASE (1)
5.20___TRACER BLADES REFIL (1)
1.95___BATH POWDER (1)

***RELIGIOUS PRAYER OILS $ 3.25***

AL FAJR ___
EGYPTIAN MUSK ___
OBSESSION___ SANDALWOOD___
ETERNITY___ COOLWATER___
JOOP___ MYRRH___

***DEODORANT ( LIMIT 2 TOTAL )***

1.20___CLEAR ROLL-ON
2.60___SURE SOLID ANTI P. / DEODORANT
2.85___OLD SPICE DEODORANT
1.40___ROLL-ON ANTI P./ DEOD
2.35___POWER-UP ANTIP./DEOD
3.35_|_ULTIMATE SPEED STICK

***DENTAL ( LIMIT 2 TOOTHPASTE )***

.75___ANGLED TOOTHBRUSH (1)
2.55_|_T-BRUSH COLGATE (1)
.45___T-BRUSH HOLDER (1)
1.35___DENTAL FLOSS PICK (1)
1.45___DENTAL FLOSS (1)
2.25___CLEAR COLGATE GEL
4.40___POLY-GRIP CREAM
3.20___DENTU-CREME
4.30___COLGATE / SENSITIVE
3.45___CREST TARTAR CONTROL
2.60___COLGATE TOOTHPASTE
2.05___CLOSE UP GEL
2.60_|_COLGATE BAKING SODA/PEROXIDE

***SOUPS ( LIMIT 24 TOTAL)***

.30___RAMEN TEXAS BEEF
.30___RAMEN LIME CHILI SHRIMP
.30___RAMEN CAJUN SHRIMP
.30___RAMEN CHILI
.50___JALAP CHEESE SOUP CUP
.50___CALIF. VEGETABLE (CUP)
.50___CAJUN CHICKEN (CUP)

***FOOD***

3.90___CHICKEN SOUP BASE
2.20___P-NUT BUTTER CRMY +*
2.20___CHUNKY P-NUT BUTTER+*
2.05___STRAWBERRY JAM
2.50___HONEY 12 OZ #+*
1.75___REFRIED BEANS INSTANT
.65___CHILI FLAV. BEANS &RICE
1.30___FLOUR TORTILAS 10/PAK#
1.30___CORN TORTILLAS # +*
1.65___BLACK BEANS & CHIPOTLE
.50___SPANISH RICE&CHEESE #
.90___BROWN RICE #
1.65___PINTO BEANS W/SPICES #*
1.30___NACHO CHEESE RICE#*
3.10___BEEF SALAMI
1.05___BEEF JERKY STICK
1.65___HONEY PEP.TURKEY LOG
2.55___HOT BEEF SUM. SAUSAGE
2.05___PEPPERONI SLICES
.70___SPAGHETTI NOODLES (3)+
1.10___PRE-COOKED RICE # +*
1.30___SALT & PEPPER SHAKERS
1.30___SAZON CORRIANDER#
1.40___PARMESAN CHEESE#+
1.85___CHILI GARLIC SAUCE#+
1.95___LAWRY'S SEASON SALT#*
.55___GARLIC POWDER#+
.55___ITALIAN SEASONING#+
1.30___LEMON PEPPER
.50___PASTA SAUCE#
3.85___DRY MILK - NON FAT#+*
7.05___FOLGERS (DECAF)*
5.45___FOLGERS REGULAR # +*
2.45___COLUMBIAN SELECT*
.75___CAPPUCCINO ( 4.8 OZ ) #+
7.25___TASTERS CHOICE # +*
3.15___CIN/APP. DECAF TEA* # +
4.20___NESTEA TEA BAGS #+
1.70___S.F. HOT COCOA MIX #
2.65___BIGELOW ASST TEA
1.55___SUGAR CUBES (1)#+*
1.65___SUGAR TWIN SUBST. # +*
1.75___INSTANT ICE TEA MIX # +
1.75___PEACH DRINK#+
1.90___TANG # +*
.90___GATORADE MIX # +
1.15___*S. F.* LEMONADE 10/PK
1.15___*S. F.* BLK CHERRY10/PK
2.05___OLIVE OIL+*
1.60___ROLLED OATS #+*
2.30___MIXED FRUIT CUP 4 pk #+
3.15___KEEBLER TOWNHOUSE
1.85___CHEESE CRACKERS*

***FOOD CONTINUED***

2.60___CLUB CRACKERS #+*
2.95___HONEY GRAHAM CRACKERS +*
2.15___LOW SALT SALTINES #+*
2.60___HONEY OAT GRANOLA +*
3.80___LO FAT GRANOLA W/ RAISINS # + *
2.20___SMOKED BABY CLAMS
1.20___CHUNK TUNA POUCH # *
1.10___MACKEREL FILLETS # *
1.15___KIPPERED SNACKS *
1.30___SALMON IN POUCH *
1.65___SHRIMP IN POUCH #
.85___FISH W/GREEN CHILIES*
3.55___WHITE CHICKEN BAG #
1.30___VIEN. SAUS. - CHICKEN
1.40___SPAM SINGLE
2.15___MEXICAN STYLE BEEF
1.45___CHILI WITH BEANS
1.85___JALAPENO TUB CHEESE
2.30___MILD & ZESTY CHEESE
.55___MACARONI & CHEESE-6 #
1.90___SLICED JALAPENOS # *
1.70___EL PATO YELLOWCHILI#+
3.45___HOT GIARDINERRA PEPPERS
1.75___PICO PICA HOT SAUCE#+*
1.85___PICANTE SAUCE HOT
1.05___SOY SAUCE # *
2.95___PIZZA KIT 2 crusts w/sauce
1.45___MOZZ CHEESE BRICK
.50___BAGO KETCHUP 12/PK
.50___BAGO MUSTARD 12/PK
.80___BAGO MAYONNAISE 12/PK
.45___POPCORN EXTRA BUTT.*
.45___POPCORN OLD FASHION

***COOKIES, SNACKS, AND PASTRIES***

1.45___FIG BARS-LOW FAT # + *
1.70___CHOCOLATE DONUT
1.70___BLUEBERRY DONUT
3.15___GRANOLA BARS VARTY +
1.25___OATMEAL CRM. COOKIES *
1.55___HONEY BUNS 6 PK *
1.40___RASPBERRY SHORTBREAD
.60___PECAN PIE
1.75___CINN. TOASTER PASTRY
1.25___PEANUT BUTTER BARS +*
1.75___ICED OATMEAL COOKIES *
.65___VANILLA CREME +*
.65___PEANUT BUT CREME +*
1.25___DUPLEX CREAM +*
1.25___STRAWBERRY CREAM +*
2.80___DATES

***CANDY***

1.50___CINNAMON MINT SNUFF
1.50___SPEARMINT MINT SNUFF
.95___STARLITE MINTS # +
3.25___SNICKERS ( 6 PAK ) +*
.60___VANILLA CARMEL +
3.15___PEANUTM&M'S14OZ.+*
3.15___PLAIN M&M'S 14 OZ. +*
1.70___WERTHER BUTTER # +
.60___ROOT BEER BARRELS#+
.65___JELLY BEANS
.75___ASSORTED NOW & LATERS
.60___ATOMIC FIREBALLS # +
3.45___CASHEWS
2.80___BARCELONA MIXED NUT *
.85___B-B-Q CORN NUTS
2.60___HEAVENLY TRAIL MIX+*
.75___JOLLY RANCHERS # +
.55___HERSHEY BAR W/ALMOND
.60___SOUR BALLS
.55___BIG HUNK LO FAT BAR
1.95___TOOTSIE POPS BAG # +
1.60___*S. FREE* ASST. FRUIT # +
2.85___KIT KAT
1.10___CHOC. BRIDGE MIX

***CHIPS ( LIMIT 4 TOTAL )***

1.75___PRETZEL STICKS#
1.75___CHEESE CURLS
1.50___BBQ CORN CHIPS *
2.45___ORIGINAL RIPPLES +
2.55___TORTILLA CHIPS ORIGINAL +
2.45___FRENCH ONION RIPPLES
2.55___NACHO CHEESE CHIPS
1.40___BAC-N-PUFFS (ORIGINAL)
1.40___BAC N PUFFS HOT&SPICY

---

{# 3mg of FAT or LESS}
{+ 140mg of SODIUM or LESS}
(*Kosher)

THE QUANTITY SHOWN IN PARENTHESIS IS THE AMOUNT YOU ARE AUTHORIZED. ITEMS ORDERED BY MISTAKE WILL BE TAKEN BACK BUT WE WILL NOT REPLACE IT WITH ANOTHER ITEM.

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.

ALL SALES ARE FINAL AT THE WINDOW

[signature]

C. HOLINKA, WARDEN

*******************************

* this is a list of thing I need a month. Please Sir. help me...