Date: 09/29/2005
Time: 11:48:02 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: WAS

SCANNED
OCT 31 2005
U.S. DISTRICT COURT ST. PAUL

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 10527041 | Living Quarters: | D03-125U |
| Inmate Name: | SALINAS, RICHARD | Arrived From: | PEK |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 1/16/2003 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 08/18/2005 10:36:27 PM | ITS0818 | | | ITS Withdrawal | ($3.00) | | $3.54 |
| WAS | 08/18/2005 10:52:51 PM | ITS0818 | | | ITS Withdrawal | ($3.00) | | $0.54 |
| WAS | 09/06/2005 03:18:53 PM | 5JV096 | | | Payroll - UNICOR | $149.64 | | $150.18 |
| WAS | 09/06/2005 09:04:33 PM | ITS0906 | | | ITS Withdrawal | ($10.00) | | $140.18 |
| WAS | 09/07/2005 07:24:35 PM | 69 | | | Sales | ($72.25) | | $67.93 |
| WAS | 09/09/2005 10:20:21 AM | 86000375 | | | FRP Quarterly Pymt | ($25.00) | | $42.93 |
| WAS | 09/10/2005 09:28:52 PM | ITS0910 | | | ITS Withdrawal | ($5.00) | | $37.93 |
| WAS | 09/12/2005 05:47:31 PM | 49 | | | Sales | ($31.75) | | $6.18 |
| WAS | 09/12/2005 05:49:22 PM | 51 | | | Sales | ($1.85) | | $4.33 |
| WAS | 09/16/2005 05:16:10 PM | ITS0916 | | | ITS Withdrawal | ($4.00) | | $0.33 |
| | **Total Transactions:** | **30** | | | **Totals:** | **$0.33** | **$0.00** | |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | $0.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.33 |
| **Totals:** | **$0.33** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.33** |

Ive recived $90.00 from my family and I don't get help from them at all at the time.