**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2005, I served, or caused to be served, the following documents:

**MEMORANDUM OF THE UNITED SATES IN RESPONSE TO LETTER FROM DEFENDANT SEEKING REDUCTION IN PAYMENTS TOWARDS HIS FINE**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Matthew D. Forsgren, Esq.
Briggs & Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

THOMAS B. HEFFELFINGER
United States Attorney

s/ Nichol Berg

BY: NICHOL BERG
Legal Assistant